FILED
Clerk
District Court

MAY - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## DISTRICT of the NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, | Case No.: |
| Plaintiff, | INDICTMENT 07 - 00012 |
| v. | Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| LIN, SHENG, a/k/a/ "PAPA-SANG," | Possession With Intent To Distribute a Controlled Substance (Count 1) and |
| Defendant. | Distribution of a Controlled Substance (Count 2) |

The Grand Jury Charges that:

## COUNT 1
(Possession With the Intent to
Distribute a Controlled Substance)

On or about April 13, 2007, within the District of the Northern Mariana Islands, Defendant LIN, SHENG, a/k/a/ "PAPA-SANG," knowingly and intentionally possessed a controlled substance, that is, approximately 3 grams of methamphetamine in a form commonly known as "ice," with the intent to distribute it, in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C).

## COUNT 2
(Distribution of a Controlled Substance)

On or about April 13, 2007, within the District of the Northern Mariana Islands, Defendant LIN, SHENG a/k/a/ "PAPA-SANG" knowingly and intentionally distributed a

controlled substance, that is, approximately 3 grams of methamphetamine hydrochloride, in a form commonly known as "ice," in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C).

DATED this 4th day of May, 2007.          A TRUE BILL

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

_____
CRAIG N. MOORE
Assistant United States Attorney