FILED
Clerk
District Court

MAY - 7 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHENG LIN,<br><br>Defendant. | Criminal Action No. 07-00012<br><br>Order Rescheduling Arraignmentl |

Craig Moore
Assistant USAG
P.O. Box 500377
Saipan, MP 96950

Steven P. Pixley
Attorney at Law
P.O. Box 006434
Saipan, M501280

IT IS HEREBY ORDERED that the Arraignment for Sheng Lin scheduled for Monday, May 7, 2007, is rescheduled to Tuesday, May 8, 2007, at 8:30 a.m.

Dated this 7th day of May 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)