MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
*****************************************************************************

CR-07-00012                                                                 May 8, 2007
                                                                            8:35 a.m.

**UNITED STATES OF AMERICA -vs- LIN, SHENG**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           STEVEN PIXLEY, COURT-APPOINTED ATTORNEY FOR DEFENDANT
           LIN, SHENG, DEFENDANT

PROCEEDINGS:  INITIAL APPEARANCE and/or ARRAIGNMENT

   Defendant **LIN, SHENG** appeared with court-appointed counsel, Attorney Steven Pixley. Government was represented by Craig Moore, AUSA.

   Perry Lo was sworn as interpreter/translator of the Mandarin language.

   Defendant was sworn and advised of his constitutional rights.

   Defense stated that they were ready to proceed with an arraignment hearing.

   Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court set jury trial for **JUNE 18, 2007 at 9:00 a.m.** Pretrial motions shall be filed by **May 22, 2007.**

   Government moved that the defendant remain in custody as previously ordered. Defense made no argument at this time. Court granted the Government's motion.

   The defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

                                                       Adj. 8:45 a.m.


                                                       /s/K. Lynn Lemieux, Courtroom Deputy