F I L E D
Clerk
District Court

MAY - 8 2007

IN THE UNITED STATES DISTRICT COURT for The Northern Mariana Islands
By_____
(Deputy Clerk)

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | CRIMINAL CASE NO. 07-00012 |
| ) | |
| -v-   ) | |
| ) | |
| LIN, SHENG,   ) | O R D E R |
| ) | SETTING TRIAL DATE |
| Defendant.   ) | |
| _____ ) | |

**IT IS HEREBY ORDERED** that the jury trial herein shall commence on **MONDAY, JUNE 18, 2007 at 9:00 a.m.**

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than **TUESDAY, MAY 22, 2007, pursuant to Local Rule LCrR 12.1.**

IT IS FURTHER ORDERED that the following shall be filed with this Court no later than seven (7) days prior to trial:

1) Proposed jury voir dire questions;

2) A joint exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered)(One original and three copies for the Court);

3) A complete set of marked exhibits (with a three copies for the Court);

4) Proposed verdict forms;

5) Witness lists for purposes of voir dire only. (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment), (One original and three copies for the Court);

AO 72
(Rev. 08/82)

6) Proposed jury instructions. (Those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefore of each party.)

Dated this 8th day of May, 2007

_Alex R. Munson_
ALEX R. MUNSON
Chief Judge