# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-07-00012                                                                                         May 18, 2007
                                                                                                    8:10 a.m.

### UNITED STATES OF AMERICA -V- LIN, SHENG

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           STEVE PIXLEY, ATTORNEY FOR DEFENDANT
           LIN, SHENG, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA**

Defendant appeared with court-appointed counsel, Attorney Steve Pixley. Government was represented by Craig Moore, AUSA.

Perry Lo was sworn as interpreter/translator of the Mandarin language.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY.** Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

Court ordered the Presentence Investigation Report be submitted by Tuesday, July 31, 2007 and that the **Sentencing hearing be set for Tuesday, September 4, 2007 at 9:00 a.m.**

Court remanded the defendant back into the custody of the U.S. Marshal.

Adjourned at 8:53 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy