F I L E D
 Clerk
 District Court

MAY 18 2007

For The Northern Mariana Islands
By_____
            (Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 07-00012 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING |
| | ) | SENTENCING DATE |
| LIN, SHENG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **July 31, 2007.** Sentencing is scheduled for **Tuesday, September 4, 2007** commencing at the hour of nine o'clock a.m.

DATED this 18th day of May, 2007.

*[signature]*
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)